IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                                     Case No. 09-3047

JAY MONSON,
    Defendant.

## DEFENDANT'S REQUEST FOR PERMISSION
## TO FILE DOCUMENT UNDER SEAL

Defendant Jay Monson, through undersigned counsel, hereby requests, pursuant to Local Rule 5(c), permission to file a memorandum under seal. The memorandum relates to Doc. 71 and Doc. 75 which are already filed under seal. The request to file under seal is made because the memorandum deals with the same facts and reasoning behind sealing Docs 71 and 75.

Date <u>August 20, 2018.</u>

**ADDRESS**                                   Respectfully submitted,
                                                   JONES LAW FIRM
Jones Law Firm
P.O. Box 44188                         /s/
Madison, WI 53744-4188        William Jones
608-628-0598                              State Bar No. 1035897

1