IN THE UNITED STATES DISTRICT COURT OF IOWA
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-CR-3047-CJW |
| Plaintiff, | ) | |
| vs. | ) | |
| JAY MONSON, | ) | |
| Defendant. | ) | |

***Government's Motion to File Response to Defendant's Motion Under Seal***

COMES NOW, the United States of America and hereby files its request to file its Response and Exhibits to defendant's Motion for Compassionate Release under seal as such contains confidential and personal information.

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Jean Wordekemper

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By: s/ *Shawn S. Wehde*

SHAWN S. WEHDE
Assistant United States Attorney
600 4th Street, Ste. 670
Sioux City, Iowa 51101
(712) 255-6011 / (712) 252-2034 (fax)
Shawn.Wehde@usdoj.gov